UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN D. KING, #134 091, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:22-CV-369-WHA-CSC |
| | ) |
| DR. SHAW, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case is before the court on a Recommendation of the United States Magistrate Judge entered on September 6, 2022. Doc. 12.  There being no timely objection filed to the Recommendation, and after a review of the file, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The Motion for Preliminary Injunction (Doc. 2) is DENIED.

3. This case is referred to the Magistrate Judge for further proceedings.

Done, this 21st day of October 2022.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE