STRICKEN DUE TO CLERICAL MISTAKE: THERE IS NO PDF FOR THIS ENTRY