IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STEVEN D. KING,              )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )      2:22cv369-MHT
                             )          (WO)
DR. SHAW, et al.,            )
                             )
     Defendants.             )
```

**JUDGMENT**

Upon consideration of the joint motion to dismiss (Doc. 74) and pursuant to Federal Rule of Civil Procedure 41(a)(2), it is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss is granted, and all claims against defendants Dr. Saeed Shah, Timothy Stone, M.D., Kenton Turner, and Patrice Richie Jones are dismissed with prejudice and said defendants are terminated.  All claims against defendant Wexford Health Sources, Inc. remain pending.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains administratively closed.

DONE, this the 29th day of September, 2025.

                                  /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE