IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STEVEN D. KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:22cv369-MHT |
| ) | (WO) |
| WEXFORD HEALTH SOURCES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Upon consideration of the joint motion to dismiss (Doc. 78), and pursuant to Federal Rule of Civil Procedure 41(a)(2), it is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss is granted, and all claims against defendant Wexford Health Sources, Inc. are dismissed with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 2nd day of December, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**